UNITED STATES' DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AZUBUKO - Plaintiff<br><br>v.<br><br>UNIVERSITY OF LONDON ET AL. - Defendant | CIVIL ACTION NUMBER: 98-145-l L |

## NOTICE OF APPEAL TO THE FIRST CIRCUIT

The Plaintiff would like the Court to act in keeping with the head central to the Court's denial of his 'Plaintiff's Motion For New Trial/Hearing' on October 26th – 2005.

CHUKWUMA E. AZUBUKO,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291

**Dated: Tuesday – November 1st – 2005.**