UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHUKWUMA E. AZUBUKO

v. C.A. No. 98-145L

BOARD OF TRUSTEES, UNIVERSITY OF LONDON; BOARD OF DIRECTORS, EDUCATIONAL TESTING SERVICES IN NEW JERSEY

O R D E R

Plaintiff's motion to appeal informa pauperis is denied because the appeal is late by several years and it is totally frivolous to boot.

ENTER:

Ronald R. Lagueux
Senior Judge
April 4, 2006

BY ORDER:

Deputy Clerk