MANDATE

98-00145
USDC/RI
Laqueux, J

# United States Court of Appeals
## For the First Circuit

---

No. 05-2704

CHUKWUMA E. AZUBUKO,

Plaintiff, Appellant,

v.

BOARD OF TRUTEES, UNIVERSITY OF LONDON, ET AL.,

Defendants, Appellees.

---

Before

Lynch, Lipez and Howard,
Circuit Judges.

---

JUDGMENT

Entered: July 31, 2006

Appellant Chukwuma E. Azubuko appeals from the denial of a motion for reconsideration he filed seven years after the district court had entered final judgment. Treating the motion has having been filed under Fed. R. Civ. P. 60(b), we find no abuse of discretion in the district court's ruling. First, appellant did not set out any exceptional circumstances which would entitle him to Rule 60(b) relief. See Aguiar-Carrasquillo v. Agosto-Alicea, 445 F.3d 19, 27 (1st Cir. 2006) ("[i]t is fundamental that Rule 60(b)provides for extraordinary relief, and a motion thereunder may be granted only under exceptional circumstances") (internal punctuation and citation omitted). Second, the motion was not filed within one year of final judgment as required for relief under Rule 60(b)(1), (b)(2), and (b)(3), nor was it filed within a reasonable time, as required for relief under the remaining subsections of Rule 60(b).

Summarily Affirmed. See Local Rule 27(c). All pending motions are denied as moot.

By the Court:

Richard Cushing Donovan, Clerk.

**JULIE GREGG**

By: ______________________________
Operations Manager

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

ULt
**Deputy Clerk**

**Date:** 10/30/06

[cc: Chukwuma Azubuko, Robert Fine, Esq., Bruce Berman, Esq.]