UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHUKWUMA E. AZUBUKO,
    Plaintiff,

v.                                                             C.A. No. 98-145 S

BOARD OF TRUSTEES, UNIVERSITY
OF LONDON, et al.,
    Defendants.

## ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on May 17, 2011 (ECF #38) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (ECF #39) is rejected and Plaintiff's pro se Motion for Relief from Judgment or Order [FRCP 60] (ECF #36) is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 6/16/11