UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHUKWUMA E. AZUBUKO,
    Plaintiff,

v.                                                       C.A. No. 98-145 S

BOARD OF TRUSTEES, UNIVERSITY
OF LONDON, et al.,
    Defendants.

### ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on December 2nd, 2011 (ECF #47) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (ECF #48) is rejected and Plaintiff's pro se Application to Proceed in District Court Without Prepaying Fees or Cases, treating the motion as seeking leave to appeal without prepayment of fees, is hereby DENIED.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 12/22/11